# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE PARKER,<br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br>    Defendants. | CV 19-2074 DSF (ASx)<br><br>Order DISMISSING Case |

This is a Bivens case filed by Plaintiff Richard Wayne Parker, a federal prisoner. To the degree that Plaintiff challenges the legality of his sentence, his claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994). To the degree that his claims are based on the Bureau of Prisons' use of Plaintiff's original judgment instead of his amended judgment in the administration of its Inmate Financial Responsibility Program, they should be brought under 28 U.S.C. § 2241 in the district where Plaintiff is incarcerated. See Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000) ("[P]etitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court."); see also United States v. Lemoine, 546 F.3d 1042, 1044-46 (9th Cir. 2008) (evaluating application of Inmate Financial Responsibility Program as § 2241 petition).

For the above stated reasons, the case is DISMISSED.

IT IS SO ORDERED.

Date: June 26, 2019

_Dale S. Fischer_
Dale S. Fischer
United States District Judge