# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE PARKER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE,<br>et al.,<br>　　　　Defendants. | CV 19-2074 DSF (ASx)<br><br>JUDGMENT |

　　The Court having dismissed the case sua sponte because Plaintiff's claims cannot be brought in a <u>Bivens</u> action,

　　IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date: June 26, 2019

　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge